No. 99–5301. LADNER *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.; and

No. 99–5599. SUMNER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 25, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 99–5. UNITED STATES *v.* MORRISON ET AL.; and

No. 99–29. BRZONKALA *v.* MORRISON ET AL. C. A. 4th Cir. [Certiorari granted, 527 U. S. 1068.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 99–5746. WEEKS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. [Certiorari granted, 527 U. S. 1060.] Motion for appointment of counsel granted, and it is ordered that Timothy M. Richardson, Esq., of Virginia Beach, Va., be appointed to serve as counsel for petitioner in this case.

No. 98–9743. IN RE JOHNSON;
No. 98–9908. IN RE COLEMAN;
No. 98–9928. IN RE ROBINSON;
No. 98–10017. IN RE DAVIS;
No. 98–10024. IN RE TENNILLE;
No. 99–5025. IN RE TOWNSEND;
No. 99–5108. IN RE CROWDER;
No. 99–5147. IN RE HOLSTON;
No. 99–5170. IN RE MALLARD;
No. 99–5228. IN RE VERDONE;
No. 99–5259. IN RE COTNER;
No. 99–5292. IN RE MINARIK;
No. 99–5294. IN RE JONES;
No. 99–5380. IN RE POE;
No. 99–5424. IN RE MCKEE;
No. 99–5446. IN RE BAYNES;
No. 99–5567. IN RE COACH;
No. 99–5593. IN RE WOODS;
No. 99–5604. IN RE TIFFANY;
No. 99–5617. IN RE CLINCY;
No. 99–5648. IN RE NHA KHIEM TRAN;
No. 99–5649. IN RE WEBB-EL;

No. 99–5696.  IN RE ROSS;
No. 99–5853.  IN RE MCCOWIN;
No. 99–5974.  IN RE STONE; and
No. 99–6055.  IN RE BREWER.  Petitions for writs of habeas corpus denied.

No. 98–2048.  IN RE WALKER;
No. 98–9171.  IN RE JOHNSON;
No. 98–9311.  IN RE PROCTOR;
No. 98–9335.  IN RE NICHOLSON-EL;
No. 98–9428.  IN RE WATKIS;
No. 98–9503.  IN RE WARREN;
No. 98–9766.  IN RE OGUNDE;
No. 98–9845.  IN RE TUCKER;
No. 98–9917.  IN RE ANDERSON;
No. 98–9926.  IN RE PROCTOR;
No. 99–57.  IN RE FALLIN ET AL.;
No. 99–5028.  IN RE ROY;
No. 99–5092.  IN RE FARRELL;
No. 99–5135.  IN RE FRANCIS;
No. 99–5336.  IN RE GRADY;
No. 99–5343.  IN RE BRANNAN;
No. 99–5383.  IN RE SANTO-GARCIA;
No. 99–5408.  IN RE BEAN;
No. 99–5410.  IN RE MAXWELL;
No. 99–5474.  IN RE BARTEL; and
No. 99–5549.  IN RE WALLACE.  Petitions for writs of mandamus denied.

No. 98–2037.  IN RE JACKSON; and
No. 99–5592.  IN RE WOODY.  Petitions for writs of mandamus and/or prohibition denied.

No. 99–150.  WAL-MART STORES, INC. v. SAMARA BROTHERS, INC.  C. A. 2d Cir.  Certiorari granted limited to the following question: "What must be shown to establish that a product's design is inherently distinctive for purposes of Lanham Act trade-dress protection?"  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 18, 1999.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Mon-